# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIUS BRADFORD,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 80604

FILED

MAR 0 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal from a district court order denying a pretrial motion for entry of declaratory judgment. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Douglas W. Herndon, District Judge
Julius Bradford
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Dayvid J. Figler